UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 09-22560-CIV-HUCK/DUBÉ

JULIA CHARNECO VILLANUEVA,

    Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____/



CLOSED CIVIL CASE

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE is before the Court on both Plaintiff's and Defendant's Motions for Summary Judgment (D.E. #12 and #17). The Honorable Robert L. Dube, United States Magistrate Judge, issued a Report and Recommendation on the motions, filed May 25, 2010 (D.E. #19), recommending that (1) Plaintiff's Motion for Summary Judgment be denied, that (2) Defendant's Motion for Summary Judgment be granted, and that (3) the decision of the Commissioner be affirmed.

Neither party has not objected to the Report and Recommendation within the period required by law. Therefore, they may not challenge the findings contained in the Report and Recommendation "except for plain error or manifest injustice." *LoConte v. Dugger*, 847 F.2d 745, 750 (11th Cir. 1988). This Court has independently reviewed the Report and Recommendation, and the record. Being otherwise duly advised, this Court adopts the findings of fact and conclusions of law as stated in Judge Dube's Report. Accordingly, for the reasons stated in the Report, it is hereby

ORDERED that the Report and Recommendation (D.E. #19) of Magistrate Judge Dube is ADOPTED. Plaintiff's Motion for Summary Judgment (D.E. #12) is denied, Defendant's Motion for Summary Judgment (D.E. # 17) is granted, and the decision of the Commissioner is affirmed. The clerk is further directed to close this case.

DONE in Chambers, Miami, Florida, this 1st day of July, 2010.

Paul C. Huck
United States District Judge

Copies furnished to:
Magistrate Judge Robert L. Dube
Counsel of Record